IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:21-CR-32 |
| v. | **SUPERSEDING BILL OF INDICTMENT** |
| | Violations: |
| | 18 U.S.C. § 1855 |
| CASEY LEE EVANS | |
| a/k/a "James Casey Lee Evans" | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about April 3, 2020, in the Nantahala National Forest, in Macon County, within the Western District of North Carolina, and elsewhere, the defendant,

**CASEY LEE EVANS**
**a/k/a "James Casey Lee Evans"**

willfully and without authority did set on fire timber, underbrush, and grass upon lands owned by the United States.

In violation of Title 18, United States Code, Section 1855.

1

A TRUE BILL

_____

DENA J. KING
UNITED STATES ATTORNEY

_____
ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY

2