IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES CASEY LEE EVANS,<br>Defendant. | Docket: 1:21-CR-32<br><br>**MOTION FOR EXCLUSION<br>OF WITNESSES** |

COMES NOW the Defendant, James Casey Lee Evans, by and through undersigned counsel, and respectfully moves this Court, pursuant to Rule 615 of the Federal Rules of Evidence, to order the exclusion of any named witnesses and/or potential trial witnesses from the courtroom in order that said witness cannot hear the testimony of any other prospective witnesses as they may be called to testify.

WHEREFORE, the Defendant prays this to exclude potential witnesses from the courtroom until which time they have offered testimony under oath and thereinafter, not to discuss the content(s) of their testimony with any prospective witness until a final disposition has been reached in this cause

Respectfully submitted, this the 28th day of December, 2021.

GILLETTE LAW FIRM, PLLC

<u>/s/ Jeffrey William Gillette</u>
Jeffrey William Gillette
CJA Counsel for the Defendant
P.O. Box 32
Franklin, NC 28734
(828) 634-7941
jeff@GilletteLawFirmNC.com

# CERTIFICATE OF SERVICE

I hereby certify that, on this day, I served a copy of this Motion to Exclude Witnesses on the following individual(s) via ECF.

    Alexis Solheim, David Thorneloe, Assistant United States Attorneys

This, the 28th day of December, 2021.

    GILLETTE LAW FIRM, PLLC

    <u>/s/ Jeffrey William Gillette</u>
    Jeffrey William Gillette
    CJA Counsel for the Defendant
    P.O. Box 32
    Franklin, NC 28734
    (828) 634-7941
    jeff@GilletteLawFirmNC.com