IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES CASEY LEE EVANS,<br>Defendant. | Docket: 1:21-CR-32<br><br>**DEFENDANT EVANS'<br>EXHIBIT LIST** |

1. Screenshot of Macon County GIS website

2. Screenshot of Macon County GIS website

3. Parcel map of Cals Cove Road

4. Google Earth Illustration – Tessentee Valley looking north from Buck Knob Road.

5. Google Earth Illustration – Tessentee Valley looking north across ridge top.

6. Google Earth Illustration - Cals Cove Road looking southwest from Sadlon tract.

7. Google Earth Illustration – Cals Cove Road looking south from Tessentee Valley.

8. Deed from Gregg to Darracott and Whitmire.

9. Deed from Justice to Gregg.

10. Deed from Patterson and Taylor to Taylor.

11. Boundary line agreement.

Respectfully submitted, this the 4th day of January 2022.

GILLETTE LAW FIRM, PLLC

/s/ Jeffrey William Gillette
Jeffrey William Gillette
CJA Counsel for the Defendant
P.O. Box 32
Franklin, NC 28734
(828) 634-7941
jeff@GilletteLawFirmNC.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I served a copy of this Defendant's Exhibit List on the following individual(s) via ECF.

Alexis Solheim, David Thorneloe, Assistant United States Attorneys

This, the 4th day of January, 2022.

GILLETTE LAW FIRM, PLLC

/s/ Jeffrey William Gillette
Jeffrey William Gillette
CJA Counsel for the Defendant
P.O. Box 32
Franklin, NC 28734
(828) 634-7941
jeff@GilletteLawFirmNC.com