IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00032-MR-WCM

UNITED STATES OF AMERICA )
)
)
vs. )
)
)
CASEY LEE EVANS )
a/k/a "James Casey Lee Evans" )
)

1. As to the charge contained in Count One of the Superseding Bill of Indictment, we the jury unanimously find the Defendant **CASEY LEE EVANS**:

GUILTY: ✓     NOT GUILTY: _____

**THIS** the _6_ day of January 2022.

[signature redacted]