UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:21-CR-32 |
|---|---|---|
| v. | ) | |
| CASEY LEE EVANS | ) | GOVERNMENT'S WITNESSS LIST |
| a/k/a "James Casey Lee Evans" | ) | |

**CLERK'S WITNESS LIST FOR THE GOVERNMENT**

Listed below are the witnesses that the government may or may not call for trial in this matter:

*Sworn + Examined*

- (5) 1. Charles "Charlie" Blaine — 1/4/2022
- (9) 2. Derik Breedlove — 1/5/2022
- (2) 3. Brian Hayes — 1/4/2022
- (4) 4. Benjamin "BJ" Keener — 1/4/2022
- (8) 5. Jamie Logan — 1/5/2022
- (3) 6. Sam McConnell — 1/4/2022
- (7) 7. Bobby McMahan — 1/4/2022, 1/5/2022
- (1) 8. Tim Sadlon — 1/4/2022
- (6) 9. Marty Southard

The government reserves the right to call additional witnesses other than those listed herein as may be referred to in the government's case file or as may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to excuse any witness listed herein at trial or prior thereto.

Respectfully submitted this day of January 3, 2022.

DENA J. KING
UNITED STATES ATTORNEY

s/ Alexis Solheim
NC Bar Number 46417
Assistant United States Attorney
United States Attorney's Office
100 Otis Street, Room 233
Asheville, North Carolina 28801
Telephone: (828) 271-4661
E-mail: alexis.solheim@usdoj.gov

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:21-CR-32 |
| --- | --- | --- |
| | ) | |
| | ) | GOVERNMENT'S EXHIBIT LIST |
| v. | ) | |
| | ) | |
| | ) | |
| CASEY LEE EVANS | ) | **CLERK'S EXHIBIT LIST FOR THE GOVERNMENT** |
| a/k/a "James Casey Lee Evans" | ) | |

| EXH. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Picture of Fire at Night | | | | Sadlon | 1/4/22 | ✓ |
| 2 | Aerial View of Fire from Plane | | | | Hayes | 1/4/22 | ✓ |
| 3 | Side Aerial View of Fire from Plane | | | | " | " | ✓ |
| 4 | Topographical Map | | | | | | |
| 5 | Picture of Knife and Hatchet | | | | McConnell | 1/4/22 | ✓ |
| 6 | Picture of Knife and Hatchet w/ Handle Carving | | | | McConnell | 1/4/22 | ✓ |
| 7 | Jamie Logan CV | | | | Logan | 1/5/22 | |
| 8 | Close-up of Area of Origin | | | | Breedlove | 1/5/22 | ✓ |
| 9 | Wide View of Area of Origin | | | | Logan | 1/5/22 | ✓ |

1

| No. | Description | | | | Witness | Date | ✓ |
|---|---|---|---|---|---|---|---|
| 10 | McMahan Survey | | | | McMahan | 1/4/22 | ✓ |
| 11 | Tract Description | | | | | | |
| 12 | 1937 USFS Land Purchase Documents | | | | Southard | 1/4/22 | ✓ |
| 13 | Knife | | | | Breedlove | 1/5/22 | ✓ |
| 14 | Hatchet | | | | " | " | ✓ |
| 15 | Disc w/ April 10, 2020 Audio Recording | | | | | | |
| 15A | Transcript of April 10, 2020 Audio Recording | | | | | | |
| 15B | Synced April 10, 2020 Audio Recording | | | | | | |
| 16 | Aerial Photo of Fire Showing Backing and Area of Origin | | | | Hayes | 1/4/22 | ✓ |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 14a | Closeup photo of Ex. 14 | | | | Breedlove | 1/5/22 | ✓ |

/S/ ALEXIS I. SOLHEIM
Assistant U.S. Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | Docket: 1:21-CR-32 |
|---|---|
| v. | |
| JAMES CASEY LEE EVANS, Defendant. | **DEFENDANT EVANS' WITNESS LIST** <br> **CLERK'S WITNESS LIST FOR DEFENDANT** |

Evans, Gage

(1) Evans, James Casey Lee    1/5/2022

Evans, Sarah

Evans, Tyler

(2) Hopkins, Darlene    1/5/2022

The defendant reserves the right to call additional witnesses other than those listed herein as may be referred to in the discovery provided or as may come to the attention of the defendant subsequent to the preparation of this list.

Respectfully submitted, this the 3rd day of January, 2022.

GILLETTE LAW FIRM, PLLC

/s/ Jeffrey William Gillette
Jeffrey William Gillette
CJA Counsel for the Defendant
P.O. Box 32
Franklin, NC 28734
(828) 634-7941
jeff@GilletteLawFirmNC.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | Docket: 1:21-CR-32 |
|---|---|
| v. | |
| JAMES CASEY LEE EVANS, Defendant. | DEFENDANT EVANS' EXHIBIT LIST<br>**CLERK'S EXHIBIT LIST FOR DEFENDANT** |

1. Screenshot of Macon County GIS website

1/5/2022 2. Screenshot of Macon County GIS website  ID - Evans

3. Parcel map of Cals Cove Road

4. Google Earth Illustration – Tessentee Valley looking north from Buck Knob Road.

5. Google Earth Illustration – Tessentee Valley looking north across ridge top.

6. Google Earth Illustration - Cals Cove Road looking southwest from Sadlon tract.

1/5/2022 7. Google Earth Illustration – Cals Cove Road looking south from Tessentee Valley.  Identified - Evans

1/5/2022 8. Deed from Gregg to Darracott and Whitmire.  Identified - Evans  Offer of proof

9. Deed from Justice to Gregg.

10. Deed from Patterson and Taylor to Taylor.

11. Boundary line agreement.

1/5/2022 12. Map  Identified by Mr. Gillette

Respectfully submitted, this the 4th day of January 2022.

GILLETTE LAW FIRM, PLLC