IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00032-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CASEY LEE EVANS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice [Doc. 94].

Upon review of the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 94] is **GRANTED**, and the Indictment as to Defendant Casey Lee Evans is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: October 22, 2024

Martin Reidinger
Chief United States District Judge